# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00219

**Rodney Warren,**
*Plaintiff,*

v.

**Steele West Texas Capital Corporation et al.,**
*Defendants.*

## ORDER

On June 17, this case was transferred into this district from the Northern District of Texas for possible referral to the bankruptcy court. Doc. 29. United States District Judge James Wesley Hendrix determined that this case is related to *In re Steele West Texas Capital Corporation*, No. 24-60053, a bankruptcy pending before United States Bankruptcy Judge Joshua P. Searcy.

District courts have the authority to provide that proceedings "arising in or related to a case under title 11 shall be referred to the bankruptcy judges for the district." 28 U.S.C. § 157(a). The United States District Court for the Eastern District of Texas has done so. *See* GO 84-08-06, General Order Re Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc (Aug. 6, 1984). Accordingly, for the reasons contained in Judge Hendrix's transfer order (Doc. 29), the court finds that this case is related to a case under title 11 and refers this case to the Honorable Joshua P. Searcy, Bankruptcy Judge for the United States Bankruptcy Court for the Eastern District of Texas, for all further proceedings.

*So ordered by the court on July 22, 2024.*

J. CAMPBELL BARKER
United States District Judge