
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| *In re:* § | Case No. 24-60053 | |
| § | Chapter 7 | |
| **STEELE WEST CAPITAL** § | | |
| **CORPORATION** § | | |
| § | | |
| **Debtor.** § | | |
| § | | |
| **RODNEY WARREN,** § | | |
| § | Adversary No. 24-06037 | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | |
| § | | |
| **STEELE WEST TEXAS CAPITAL** § | | |
| **CORPORATION, STEELE** § | | |
| **BANCSHARES INC., BRANDON** § | | |
| **STEELE, and AMERICAN STATE** § | | |
| **BANK** § | | |
| § | | |
| *Defendants.* § | | |

## ORDER

Came on for consideration this day the Motion for David J. Beck (Texas Bar Number 00000070), Geoff Gannaway (Texas Bar Number 24036617) and Garrett Brawley (Texas Bar Number 24095812) (collectively, "Current Counsel") of the law firm Beck Redden LLP, 1221 McKinney, Suite 4500, Houston, Texas 77010, to withdraw as Counsel for Defendants Steele Bancshares Inc. ("Steele Bancshares" or "SBI") and Brandon T. Steele's ("Steele") (collectively

"Steele Defendants"). The Court has considered this Motion and determined that the Motion should be granted. It is therefore

ORDERED that David J. Beck, Geoff Gannaway and Garrett S. Brawley, and the law firm of Beck Redden LLP are removed as counsel of record for Steele and SBI.

ORDERED that a copy of all future pleadings or notices in this proceeding shall be sent directly to the Steele Defendants at their last known addresses, and also additionally by email if available, pending the Steele Defendants obtaining new counsel, if any.

ORDERED that a copy of this Order shall be sent by Current Counsel to the Steele Defendants Defendants, and that Current Counsel shall file a certificate of service with the Court evidencing such notice within three calendar days of the date of this Order.

Signed on 10/7/2024

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE